UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN LINARES, individually, on behalf of others similarly situated, and on behalf of the State of California and aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC; FLOWERS BAKING CO. OF MODESTO, LLC; and DOES 1 through 40, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00816-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 4) |

On September 28, 2022, the parties filed a joint stipulation to continue the Scheduling Conference currently set for October 6, 2022. (Doc. 4.) The parties explain that counsel for Defendants ABM Industry Groups LLC and Flowers Baking Co. of Modesto, LLC, were provided a copy of the complaint and waiver of service on August 31, 2022. Defendants indicate that pursuant to Federal Rule of Civil Procedure 4(d)(3) they have until October 31, 2022, to appear in this matter, which is nearly three weeks after the Scheduling Conference date. The parties assert that a short continuance of the Scheduling Conference to November 2022 will allow Defendants to appear and more easily prepare for the conference. (*Id.*)

///

1

Having considered the joint stipulation, and good cause appearing, the parties' request to continue the Scheduling Conference is GRANTED.  The Scheduling Conference currently set for 10/6/2022 is continued to **November 17, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  A Joint Scheduling Report shall be filed one (1) full week prior to the conference.  The parties shall appear at the conference <u>remotely</u> with each party appearing either <u>via Zoom video conference or Zoom telephone number</u>.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **September 28, 2022**         /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE