1  STAN S. MALLISON (SBN 184191)
      StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (SBN 206336)
      HectorM@TheMMLawFirm.com
3  DANIEL C. KELLER (SBN 332576)
      Dkeller@TheMMLawFirm.com
4  CAROLINE L. HILL (SBN 349176)
      CHill@TheMMLawFirm.com
5  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
6  Oakland, CA  94612
   Telephone:  (510) 832-9999
7  Facsimile:  (510) 832-1101

8  Attorneys for Plaintiff EFREN LINARES

9  (*additional counsel of record on following page*)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| EFREN LINARES, individually, and on behalf of all others similarly situated, and on behalf of the State of California and aggrieved employees pursuant to the Private Attorneys General Act,<br><br>            Plaintiff,<br><br>     vs.<br><br>ABM INDUSTRY GROUPS, LLC., FLOWERS BAKING CO. OF MODESTO, LLC., and DOES 1 through 50, inclusive;<br><br>            Defendants. | Case No.: 1:22-cv-00816-TLN-CKD<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE FILING OF LOCAL RULE 251 JOINT STATEMENT RE: DISCOVERY DISAGREEMENT; ~~PROPOSED~~ ORDER**<br><br>*Before the Honorable Troy L. Nunley and Carolyn K. Delaney*<br><br>Complaint filed: July 1, 2022 |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING OF LR 251 JOINT STATEMENT
RE: DISCOVERY DISAGREEMENT                                                                                    *Case No. 1:22-cv-00816-TLN-CKD*

1  ALEXANDER M. CHEMERS (SBN 263726)
     alexander.chemers@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
3  STEWART, P.C.
   400 South Hope Street, Suite 1200
4  Los Angeles, CA 90071
   Telephone:   (213) 239-9800
5  Facsimile:    (213) 239- 9045

6
   PAUL M. SMITH (SBN 306644)
7    paul.smith@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK &
8  STEWART, P.C.
9  500 Capitol Mall, Suite 2500
   Sacramento, CA 95814
10 Telephone:   (916) 840-3150
11 Facsimile:    (916) 840-3159

12
   Attorneys for Defendants
13 ABM INDUSTRY GROUPS, LLC.
   AND FLOWERS BAKING CO.
14 OF MODESTO, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING OF LR 251 JOINT STATEMENT
RE: DISCOVERY DISAGREEMENT                                    *Case No. 1:22-cv-00816-TLN-CKD*

Plaintiff EFREN LINARES and Defendants ABM INDUSTRY GROUPS, LLC and FLOWERS BAKING CO. OF MODESTO, LLC (together, "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a motion to compel further discovery responses ("Motion") on January 10, 2024 (ECF No. 28), with a hearing date of January 31, 2024;

WHEREAS, the Court ordered the Parties to submit a Joint Statement re: Discovery Disagreement regarding the issues set forth in the Motion by January 17, 2024 (ECF No. 32);

WHEREAS, the Parties are currently making arrangements to mediate this case, and are finalizing a stipulation to continue litigation deadlines, which would obviate the need to resolve the issues raised by Plaintiff's Motion at this time;

WHEREAS, in order to conserve resources, the Parties would like a to postpone bringing this dispute to the Court at this time, to enable them to finalize their mediation arrangements and to enable the District Judge to take action on their forthcoming stipulation;

WHEREAS, the Parties request the Court continue the hearing on the Motion, as well as the filing deadline for the Local Rule 251 Joint Statement, by two weeks;

WHEREAS, Plaintiff will notify the Court if hearing the Motion is still necessary following the District Court's ruling on the Parties' forthcoming stipulation and the Parties' efforts to set a mediation.

Based on the foregoing, the Parties hereby agree and stipulate as follows:

1. The hearing on Plaintiff's Motion shall be continued by two weeks, to a date convenient for the Court;
2. The deadline for the Parties to submit the Local Rule 251 Joint Statement shall be continued by two weeks, to January 31, 2024; and

///

///

///

3. Plaintiff will inform the Court if hearing the Motion is still necessary following the District Court's ruling on the Parties' forthcoming stipulation and the Parties' efforts to set a mediation.

**IT IS SO STIPULATED.**

DATED: January 17, 2024                By: /s/ Dan Keller [*authorized 1/17/24*]
                                              Stan Mallison
                                              Hector Martinez
                                              Daniel Keller
                                              Caroline L. Hill
                                              Attorneys for Plaintiff

DATED: January 17, 2024                By: /s/ Paul M. Smith
                                              Alexander Chemers
                                              Paul M. Smith
                                              Attorneys for Defendants

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby **ORDERS** as follows:

1. The hearing on Plaintiff's Motion is continued to February 14, 2024, at 10:00 a.m.;
2. The deadline for the Parties to submit the Local Rule 251 Joint Statement shall be continued by two weeks, to January 31, 2024; and
3. On or before February 7, 2024, Plaintiff shall inform the Court if hearing the Motion is still necessary following the District Court's ruling on the Parties' forthcoming stipulation and the Parties' efforts to set a mediation.

**IT IS SO ORDERED.**

Dated: January 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
lina1.22cv816.stip.251

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547