(counsel of record on following page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| EFREN LINARES, individually, and on behalf of all others similarly situated, and on behalf of the State of California and aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>ABM INDUSTRY GROUPS, LLC., FLOWERS BAKING CO. OF MODESTO, LLC., and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.: 1:22-cv-00816-TLN-CKD<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER TO ADJUST SCHEDULING ORDER**<br><br>*Before the Honorable Troy L. Nunley and Carolyn K. Delaney*<br><br>Complaint filed: July 1, 2022 |

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

STAN S. MALLISON (SBN 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (SBN 206336)
   HectorM@TheMMLawFirm.com
DANIEL C. KELLER (SBN 332576)
   Dkeller@TheMMLawFirm.com
CAROLINE L. HILL (SBN 349176)
   CHill@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone:  (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiff EFREN LINARES

ALEXANDER M. CHEMERS (SBN 263726)
   Alexander.chemers@ogletree.com
OGLETREE, DEAKINES, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239- 9045

PAUL M. SMITH (SBN 306644)
   Paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:  (916) 840-3150
Facsimile:   (916) 840-3159


Attorneys for Defendants
ABM INDUSTRY GROUPS, LLC.
AND FLOWERS BAKING CO.
OF MODESTO, LLC

2

# JOINT STIPULATION

Plaintiff EFREN LINARES and Defendants ABM INDUSTRY GROUPS, LLC and FLOWERS BAKING CO. OF MODESTO, LLC (together, "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), through their respective attorneys of record, hereby submit the following stipulation to the Court, supported by the Declaration of Plaintiff's Counsel Dan Keller, Esq., filed concurrently herewith. The Parties agree and stipulate as follows:

WHEREAS, this matter is a putative class, collective, and Private Attorneys General Act ("PAGA") action, based primarily on Plaintiff's allegations that Defendants failed to overtime wages calculated at the correct rate of pay;

WHEREAS, pursuant to the Court's Class Action Scheduling Order issued on March 17, 2023 (ECF No. 21), Plaintiff's Motion for Class Certification is due on May 31, 2024; Defendants' Opposition is due on July 12, 2024, and Plaintiff's Reply is due on August 30, 2024. The hearing for Class Certification is scheduled for September 13, 2024 at 10:00 a.m.;

WHEREAS, in lieu of costly litigation, the Parties have agreed to seek resolution of this dispute through private mediation and, to that end, have booked a mediation session with neutral Brandon McKelvey on June 12, 2024;

WHEREAS, the Parties are also working through various discovery issues, may need Court intervention to resolve those issues, but wish to instead exhaust efforts to resolve the case with a third-party mediator;

WHEREAS, the Parties have ***not*** previously asked the Court to amend the Scheduling Order, *i.e.*, with the exception of recent request for a 2-week continuance of Plaintiff's Motion to Compel (*see* ECF No.33), this is the first time that the Parties have requested a continuance of any dates in this matter, and despite the matter being reassigned to Judge Troy L. Nunley and Magistrate Carolyn K. Delaney on September 13, 2023 (ECF No. 24).

WHEREAS, given the intent to pursue mediation and the resulting prospect of resolving the case, the Parties propose the following continuance of the class certification and associated deadlines:

1.  Plaintiff's Motion for Class Certification is due by December 16, 2024 (previously

May 31, 2024);

2. Defendants' Opposition is due by January 30, 2025 (previously July 12, 2024);

3. Plaintiff's Reply is due by March 17, 2025 (previously August 30, 2024); and

4. The hearing for Class Certification is scheduled for April 17, 2025, at 2:00 p.m. (previously September 13, 2024 at 10:00 a.m.), or as soon thereafter as the matter may be heard at such time is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: January 22, 2024                              By:   /s/ Dan Keller
                                                                                                   Stan Mallison
                                                                                                    Hector Martinez
                                                                                                    Daniel Keller
                                                                                                    Caroline L. Hill
                                                                                                    Attorneys for Plaintiff

DATED: January 22, 2024                              By:   /s/ Alexander Chemers
                                                                                                    Alexander Chemers
                                                                                                    Paul M. Smith
                                                                                                    Attorneys for Defendants

# ORDER

The Court, having reviewed the foregoing stipulation, and the supporting declaration of counsel, and good cause appearing, hereby **ORDERS** as follows:

The Court's Class Action Scheduling Order issued on March 17, 2023 (ECF No. 21) is hereby adjusted as follows:

1. Plaintiff's Motion for Class Certification is due by December 16, 2024 (previously May 31, 2024);
2. Defendants' Opposition is due by January 30, 2025 (previously July 12, 2024);
3. Plaintiff's Reply is due by March 17, 2025 (previously August 30, 2024); and
4. The hearing for Class Certification is scheduled for April 17, 2025 at 2:00 p.m. (previously September 13, 2024 at 10:00 a.m.).

**IT IS SO ORDERED.**

Dated: January 23, 2024

_____
Troy L. Nunley
United States District Judge

JOINT STIPULATION TO ADJUST SCHEDULING ORDER; ORDER APPROVING SAME   *Case No. 1:22-cv-00816-TLN-CKD*