(counsel of record on following page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| EFREN LINARES, individually, and on behalf of all others similarly situated, and on behalf of the State of California and aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>ABM INDUSTRY GROUPS, LLC., FLOWERS BAKING CO. OF MODESTO, LLC., and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.: 1:22-cv-00816-TLN-CKD<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO ADJUST SCHEDULING ORDER**<br><br>*Before the Honorable Troy L. Nunley and Carolyn K. Delaney*<br><br>Complaint filed: July 1, 2022 |

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

STAN S. MALLISON (SBN 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (SBN 206336)
  HectorM@TheMMLawFirm.com
DANIEL C. KELLER (SBN 332576)
  Dkeller@TheMMLawFirm.com
CAROLINE L. HILL (SBN 349176)
  CHill@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff EFREN LINARES

ALEXANDER M. CHEMERS (SBN 263726)
  Alexander.chemers@ogletree.com
OGLETREE, DEAKINES, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239- 9045

PAUL M. SMITH (SBN 306644)
  Paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone:   (916) 840-3150
Facsimile:    (916) 840-3159


Attorneys for Defendants
ABM INDUSTRY GROUPS, LLC.
AND FLOWERS BAKING CO.
OF MODESTO, LLC

2
JOINT STIPULATION TO ADJUST CLASS CERTIFICATION BRIEFING SCHEDULE
*Case No. 1:22-cv-00816-TLN-CKD*

## JOINT STIPULATION

Plaintiff EFREN LINARES and Defendants ABM INDUSTRY GROUPS, LLC and FLOWERS BAKING CO. OF MODESTO, LLC (together, "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, this matter is a putative class, collective, and Private Attorneys General Act ("PAGA") action based primarily upon Plaintiff's allegations that Defendants fail to pay overtime wages at the regular rate of pay.

WHEREAS, on January 23, 2024, the Court entered an Order granting the Parties' stipulation to adjust the Class Action Scheduling Order to require Plaintiff's Motion for Class Certification to be filed by December 16, 2024, for Defendants' Opposition to Plaintiff's Motion for Class Certification to be filed by January 30, 2025, for Plaintiff's Reply Brief to be filed by March 17, 2025, and for the hearing on Plaintiff's Motion for Class Certification to be heard on April 17, 2025 (ECF 36).

WHEREAS, Plaintiff filed the Motion for Class Certification on December 16, 2024 (ECF 44);

WHEREAS, counsel, staff, and others working for Defendants in preparing the Opposition to Class Certification have been significantly impacted and/or displaced by the fires affecting large swaths of Southern California, including the Palisades Fire and the Eaton Fire;

WHEREAS counsel for Defendants have requested, and counsel for Plaintiff has agreed, to adjust the date for Defendants' Opposition to Class Certification and all other related deadlines by two weeks;

WHEREAS, pursuant to the Parties' agreement and this stipulation, the Parties ask the Court to adjust the Scheduling Order as follows:

1. That Defendants' Opposition to Plaintiff's Motion for Class Certification be continued from January 30, 2025 to February 13, 2025;
2. That the deadline to file Plaintiff's Reply Brief be continued from March 17, 2025 to March 31, 2025; and
3. That the hearing on Plaintiff's Motion for Class Certification be continued from April 17, 2025 to May 1, 2025 or a date thereafter that is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: January 16, 2025                    By:/S/ Daniel Keller [auth. 1-16-25]
                                                                                        Stan Mallison
                                                                                        Hector Martinez
                                                                                        Daniel Keller
                                                                                        Caroline L. Hill
                                                                                       Attorneys for Plaintiff

DATED:  January 16, 2025                   By: /S/ Paul M. Smith
                                                                                        Alexander Chemers
                                                                                        Paul M. Smith
                                                                                        Attorneys for Defendants

**ORDER**

The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby **ORDERS** as follows:

The Court's Class Action Scheduling Order issued on January 23, 2024 (ECF No. 36) is hereby adjusted as follows:

1. Defendants' Opposition to Plaintiff's Motion for Class Certification (ECF No. 44) is due by February 13, 2025 (previously January 30, 2025);

2. Plaintiff's Reply is due by March 31, 2025 (previously March 17, 2025); and

3. The hearing for Class Certification is scheduled for May 1, 2025 at 2:00 p.m. (previously April 17, 2025 at 10:00 a.m.).

**IT IS SO ORDERED.**

Dated: January 16, 2025

_____
Troy L. Nunley
Chief United States District Judge