(counsel of record on following page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA- SACREMENTO DIVISION

| | |
|---|---|
| EFREN LINARES, individually, and on behalf of all others similarly situated, and on behalf of the State of California and aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>ABM INDUSTRY GROUPS, LLC., FLOWERS BAKING CO. OF MODESTO, LLC., and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.: 1:22-cv-00816-TLN-CKD<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER TO ADJUST SCHEDULING ORDER**<br><br>*Before the Honorable Troy L. Nunley and Carolyn K. Delaney*<br><br>Complaint filed: July 1, 2022 |

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

STAN S. MALLISON (SBN 184191)
  stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  hectorm@themmlawfirm.com
CODE BOLCE (SBN 322725)
  cbolce@themmlawfirm.com
GONZALO QUEZADA JR. (SBN 338386)
  gquezada@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff EFREN LINARES

ALEXANDER M. CHEMERS (SBN 263726)
  alexander.chemers@ogletree.com
OGLETREE, DEAKINES, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:   (213) 239-9800
Facsimile:   (213) 239-9045

PAUL M. SMITH (SBN 306644)
  paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone:   (916) 840-3150
Facsimile:   (916) 840-3159

Attorneys for Defendants
ABM INDUSTRY GROUPS, LLC.
AND FLOWERS BAKING CO.
OF MODESTO, LLC

## JOINT STIPULATION

Plaintiff EFREN LINARES and Defendants ABM INDUSTRY GROUPS, LLC and FLOWERS BAKING CO. OF MODESTO, LLC (together, "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, this matter is a putative class, collective, and Private Attorneys General Act ("PAGA") action based primarily upon Plaintiff's allegations that Defendants fail to pay overtime wages at the regular rate of pay.

WHEREAS, Plaintiff filed his Motion for Class Certification on December 16, 2024 (ECF No. 44);

WHEREAS, the Parties previously stipulated to, and this Court approved, three extensions on Defendants' deadline to file their Opposition to Class Certification (ECF Nos. 46, 48 and 51);

WHEREAS, the Parties previously stipulated to and the Court approved extensions of Plaintiffs' deadline to file their Opposition to Class Certification (ECF Nos. 46, 48 and 51);

WHEREAS, Plaintiff's Reply Brief is currently due on May 5, 2025;

WHEREAS, the Parties agree that, based on the previous extensions granted to Defendants, Plaintiff be granted a two-week extension to file his Reply Brief, until May 19, 2025;

WHEREAS, the Court recently vacated the hearing on the Motion for Class Certification (ECF No. 50);

WHEREFOR, pursuant to the Parties' agreement and this stipulation, the Parties ask the Court to adjust the Scheduling Order as follows: That the deadline to file Plaintiff's Reply Brief be continued from May 5, 2025 to May 19, 2025.

**IT IS SO STIPULATED.**

DATED: May 2, 2025          By:    /s/ Stan Mallison
                                   Stan Mallison
                                   Hector Martinez
                                   Cody Bolce
                                   Gonzalo Quezada Jr.
                                   Attorneys for Plaintiff

DATED:  May 2, 2025         By:    /s/  Alexander Chemers
                                   Alexander Chemers
                                   Paul M. Smith
                                   Attorneys for Defendants

3
JOINT STIPULATION TO ADJUST CLASS CERTIFICATION BRIEFING SCHEDULE
*Case No. 1:22-cv-00816-TLN-CKD*

**ORDER**

The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby **ORDERS** as follows:

The Court's Class Action Scheduling Order issued on January 23, 2024 (ECF No. 36) is hereby adjusted as follows:

1. Plaintiff's Reply Brief in support of Class Certification is due by May 19, 2025 (previously May 5, 2025).

**IT IS SO ORDERED.**

Dated: May 2, 2025

_____
Troy L. Nunley
Chief United States District Judge