STAN S. MALLISON (SBN 184191)
  stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  hectorm@themmlawfirm.com
CODY A. BOLCE (SBN 322725)
  cbolce@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff Efren Linares

(additional counsel on following page)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| EFREN LINARES, individually, and on behalf of all others similarly situated, and on behalf of the State of California and aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>ABM INDUSTRY GROUPS, LLC, FLOWERS BAKING CO. OF MODESTO, LLC, and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 1:22-cv-00816-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO SET DISCOVERY CUT-OFF, EXPERT WITNESS DISCLOSURES, AND DISPOSITIVE MOTION DEADLINES**<br><br>*Before the Honorable Troy L. Nunley and Carolyn K. Delaney*<br><br>Complaint filed: July 1, 2022 |

-1-

JOINT STIPULATION TO SET DISCOVERY CUT-OFF, EXPERT WITNESS
DISCLOSURES, AND DISPOSITIVE MOTION DEADLINES
CASE NO. 1:22-CV-00816-TLN-CKD

ALEXANDER M. CHEMERS (SBN 263726)
  alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045

PAUL M. SMITH (SBN 306644)
  paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone:  (916) 840-3150
Facsimile:   (916) 840-3159

Attorneys for Defendants
ABM INDUSTRY GROUPS, LLC
AND FLOWERS BAKING CO.
OF MODESTO, LLC

-2-

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

**STIPULATION**

In response to this Court's October 14, 2025 minute order (ECF No. 59), Plaintiff EFREN LINARES and Defendants ABM INDUSTRY GROUPS, LLC and FLOWERS BAKING CO. OF MODESTO, LLC (together, "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Motion for Class Certification on December 16, 2024 (ECF No. 44);

WHEREAS, the Court denied Plaintiff's Motion for Class Certification on September 29, 2025 (ECF No. 57);

WHEREAS, the Parties submitted a Joint Status Report on October 10, 2025, wherein Plaintiff indicated an intention to move forward with his individual and Private Attorneys General Act claim (ECF No. 58); and

WHEREAS, the Court issued a minute order on October 14, 2025 instructing the Parties to submit a stipulation to set proposed deadlines for discovery cut-off, expert witness disclosure, and dispositive motions (ECF No. 59)

NOW THEREFORE, the Parties STIPULATE AND PROPOSE THE FOLLOWING:

That the deadline to complete all non-expert (i.e., fact discovery) be April 30, 2026;

That the deadline for the parties to exchange expert witness disclosures pursuant to FRCP 26(a)(2) be June 30, 2026; and

That the deadline for the parties to *file* dispositive motions be August 31, 2026.

**IT IS SO STIPULATED.**

DATED: October 28, 2025                    By:  /s/ Cody A. Bolce
                                                Stan S. Mallison
                                                Hector R. Martinez
                                                Cody A. Bolce
                                                Attorneys for Plaintiff

DATED: October 28, 2025                    By:  /s/ Paul A. Smith
                                                Alexander Chemers
                                                Paul M. Smith
                                                Attorneys for Defendants

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

-4-

JOINT STIPULATION TO SET DISCOVERY CUT-OFF, EXPERT WITNESS
DISCLOSURES, AND DISPOSITIVE MOTION DEADLINES
CASE NO. 1:22-CV-00816-TLN-CKD

## ORDER

The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby **ORDERS** as follows:

1. The Parties' stipulation is GRANTED; and
2. The deadlines for fact discovery, expert disclosures, and dispositive motions are set as follows:

    Deadline to complete non-expert discovery: April 30, 2026

    Deadline to exchange expert witness disclosures: June 30, 2026

    Deadline to file dispositive motions: August 31, 2026

**IT IS SO ORDERED.**

Dated: October 28, 2025

_____
Troy L. Nunley
Chief United States District Judge

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

-5-

JOINT STIPULATION TO SET DISCOVERY CUT-OFF, EXPERT WITNESS DISCLOSURES, AND DISPOSITIVE MOTION DEADLINES
CASE NO. 1:22-CV-00816-TLN-CKD