STAN S. MALLISON (SBN 184191)
stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
hectorm@themmlawfirm.com
CODY A. BOLCE (SBN 322725)
cbolce@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff Efren Linares

(additional counsel on following page)

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

EFREN LINARES, individually, and on behalf of all others similarly situated, and on behalf of the State of California and aggrieved employees pursuant to the Private Attorneys General Act,

Plaintiff,

vs.

ABM INDUSTRY GROUPS, LLC, FLOWERS BAKING CO. OF MODESTO, LLC, and DOES 1 through 50, inclusive;

Defendants.

Case No. 1:22-cv-00816-TLN-CKD

**JOINT STIPULATION REGARDING SCOPE OF PAGA CLAIM AS TO UNION MEMBERS; ORDER**

*Before the Honorable Troy L. Nunley and Carolyn K. Delaney*

Complaint filed: July 1, 2022

`

ALEXANDER M. CHEMERS (SBN 263726)
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

PAUL M. SMITH (SBN 306644)
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: (916) 840-3150
Facsimile: (916) 840-3159

Attorneys for Defendants
ABM INDUSTRY GROUPS, LLC
and FLOWERS BAKING CO.
OF MODESTO, LLC

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

**STIPULATION**

Plaintiff Efren Linares ("Plaintiff") and Defendant ABM Industry Groups, LLC ("Defendant") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate to the scope of the proposed PAGA claim, as follows:

WHEREAS, pursuant to the Private Attorneys General Act ("PAGA"), Labor Code § 2699 *et seq.*, Plaintiff seeks to bring a representative PAGA claim on behalf of hourly employees of Defendant;

WHEREAS, the Parties have met and conferred extensively as to the scope of Plaintiff's proposed PAGA claim, including whether it can include certain employees of Defendant who were members of different unions;

WHEREAS, these meet-and-confer efforts were directed to narrowing the issues that might be presented to the Court through a Motion for Summary Judgment;

WHEREAS, it is Defendant's position that Plaintiff's PAGA claim cannot proceed on the grounds that: (1) there is a PAGA waiver under Labor Code § 2699.8(a) that applies to a "janitorial employee represented by a labor organization"; and (2) there is an overtime exemption under Labor Code § 514 that applies to other union members;

WHEREAS, with respect to the Section 2699.8 waiver, Defendant contends the waiver applies to persons represented by the Service Employees International Union ("SEIU"), United Service Workers West ("SEIU"), who were subject to a collective bargaining agreement with a Wage and Hour Protocol and who were identified in payroll files produced in the litigation;

WHEREAS, Plaintiff agrees to exclude from the PAGA group those members of the SEIU who labored under a collective bargaining agreement with a Wage and Hour Protocol;

WHEREAS, Plaintiff agrees to exclude from the PAGA group—on the basis of the Labor Code § 514 exemption—members of the following unions who were also identified in payroll files produced in the litigation: (1) International Brotherhood of Teamsters, Local 665; (2) International Union of Operating Engineers, Local 501; and (3) International Union of Operating Engineers, Local 39; and

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547

WHEREAS, Plaintiff reserves the right to pursue a PAGA claim on behalf of Defendant's other hourly employees, including non-union members and members of unions not identified above, and with Defendant reserving the right to show that additional members of the proposed group are exempt from the overtime rules and/or did not experience a violation.

NOW THEREFORE, the Parties STIPULATE AND PROPOSE THE FOLLOWING:

The following employees are excluded from Plaintiff's PAGA claim:

1. Members of the SEIU who labored under a collective bargaining agreement with a Wage and Hour Protocol; and
2. Members of the following unions: (a) International Brotherhood of Teamsters, Local 665; (b) International Union of Operating Engineers, Local 501; and (c) International Union of Operating Engineers, Local 39.

**IT IS SO STIPULATED.**

DATED: September 28, 2026

By: /s Cody A. Bolce
Stan S. Mallison
Hector R. Martinez
Cody A. Bolce
Attorneys for Plaintiff

DATED: September 28, 2026

By: /s Alexander Chemers
Alexander Chemers
Paul M. Smith
Attorneys for Defendants

**ORDER**

The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby **ORDERS** as follows: The following employees are excluded from Plaintiff's PAGA claim:

1. Members of the SEIU who labored under a collective bargaining agreement with a Wage and Hour Protocol; and
2. Members of the following unions: (a) International Brotherhood of Teamsters, Local 665; (b) International Union of Operating Engineers, Local 501; and (c) International Union of Operating Engineers, Local 39.

**IT IS SO ORDERED.**

Dated: September 28, 2026

Troy L. Nunley
Chief United States District Judge

MALLISON & MARTINEZ
1939 HARRISON STREET, SUITE 730
OAKLAND, CALIFORNIA 94612-3547